1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5         FOR THE EASTERN DISTRICT OF CALIFORNIA
6

7     UNITED STATES OF AMERICA,          Case No.:  1:18-CR-00033-001 DAD

8                    Plaintiff,          ORDER OF RELEASE

9          v.

10    TOBY PHACHANSAI,

11                   Defendant.

12

13         The above-named defendant having been sentenced on December 17, 2021, to Time

14    Served as to Monday, December 20, 2021,

15         IT IS HEREBY ORDERED that the defendant shall be released on Monday, December

16    20, 2021 at 9:00am to Kevin Mitchel of the Federal Defender Office for transportation directly to

17

18    the inpatient drug treatment facility.

19         A certified Judgment and Commitment order to follow.

20

21    IT IS SO ORDERED.

22         Dated:   **December 17, 2021**          _____

23                                                 UNITED STATES DISTRICT JUDGE

24
25
26
27
28