IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**TOBY PHANCHASAI**<br><br>　　　　　　　　　Defendant. | CR NO: 1:18-cr-00033-JLT-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee: Toby Phanchansai
Detained at: Fresno County Jail; Booking # 2313098
Detainee is:　a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　　charging detainee with: Petition alleging a violation of his supervised release
　　or　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☒ return to the custody of detaining facility upon termination of proceedings
　　or　　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on May 24, 2023 at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel J. Montoya |
| Printed Name & Phone No: | Laurel J. Montoya (559) 286-5823 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on May 24, 2023 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/15/2023　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | 2313098 | DOB: | 11/28/1980 |
| Facility Address: | 1265 M Street, Fresno, CA | Race: | Asian/Pacific Islander |
| Facility Phone: | 559-600-8440 – Watch Commander | FBI#: | |
| Currently | NJ, 04, 0E, 53 | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　　(signature)