## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:18-cr-00033-JLT-SKO |
| **TOBY PHANCHASAI** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Toby Phanchansai

Detained at   Fresno County Jail; Booking # 2313098

Detainee is:   a.)   ☒ charged in this district by:   ☐ Indictment   ☐ Information   ☐ Complaint
charging detainee with:   Petition alleging a violation of his supervised release

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary on July 7, 2023 at 2:00 p.m. in the Eastern District of California.***

Signature:   /s/ Laurel J. Montoya

Printed Name & Phone No:   Laurel J. Montoya (559) 286-5823

Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on July 7, 2023 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **June 15, 2023**          /s/ Barbara A. McAuliffe

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female | |
| Booking or CDC #: | 2313098 | DOB: | 11/28/1980 |
| Facility Address: | 1265 M Street, Fresno, CA | Race: | Asian/Pacific Islander |
| Facility Phone: | 559-600-8440 – Watch Commander | FBI#: | |
| Currently | NJ, 04, 0E, 53 | | |

## RETURN OF SERVICE

Executed on: _____          _____
(signature)