HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TOBY PHACHANSAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>TOBY PHACHANSAI,<br><br>   Defendant. | Case No. 1:18-cr-00033 JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:  August 3, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for July 7, 2023, may be continued to August 3, 2023, or the soonest date thereafter convenient.

Toby Phachansai is alleged to have violated the conditions of his supervised release. He denied the allegations at his initial appearance on May 24, 2023. His alleged violations are related to state court charges. This continuance is requested to allow time for further investigation and to allow time to attempt to reach a negotiated settlement in light of the state charges.

Because this matter is a revocation of supervised release no exclusion of time is required.

//

//

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  July 5, 2023 | By */s/ Laurel A. Mopntoya*<br>LAUREL A. MONTOYA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  July 5, 2023 | By */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>TOBY PHACHANSAI |

# ORDER

**IT IS SO ORDERED**. The status conference scheduled for July 7, 2023, is continued to August 3, 2023.

DATED: 7/5/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
Judge, United States District Court