1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  TOBY PHACHANSAI

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         Case No. 1:18-cr-00033-JLT-SKO

12          Plaintiff,                **STIPULATION TO CONTINUE STATUS
                                      CONFERENCE; ORDER THEREON**
13  vs.
                                      Date:  August 31, 2023
14  TOBY PHACHANSAI,                  Time:  2:00 p.m.
                                      Judge: Hon. Sheila K. Oberto
15          Defendant.

16

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel that the status conference scheduled for August 3, 2023, may be continued to August 31,

20  2023 or the soonest date thereafter convenient.

21       Toby Phachansai is alleged to have violated the conditions of his supervised release. He

22  denied the allegations at his initial appearance on May 24, 2023. His alleged violations are

23  related to state court charges. This continuance is requested to allow time for further

24  investigation and to allow time to attempt to reach a negotiated settlement in light of the state

25  charges.

26       Because this matter is a revocation of supervised release no exclusion of time is required.

27  //

28  //

1   PHILLIP A. TALBERT
    United States Attorney

2

3   DATED:  August 1, 2023          By /s/ Laurel A. Mopntoya
                                        LAUREL A. MONTOYA
4                                       Assistant United States Attorney
                                        Attorneys for Plaintiff
5

6                                       HEATHER E. WILLIAMS
                                        Federal Defender
7

8   DATED:  August 1, 2023          By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
9                                       Assistant Federal Defender
                                        Attorneys for Defendant
10                                      TOBY PHACHANSAI

11

12

13                                  **ORDER**

14          IT IS SO ORDERED that the status conference scheduled for August 3, 2023, is

15   continued to **August 31, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

16   IT IS SO ORDERED.

17

18      Dated:   **August 2, 2023**              /s/ Barbara A. McAuliffe

19                                      UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

Phachansai: Stipulation to Continue Status Conference       -2-