IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

                Plaintiff,

       v.                           CR NO: 1:18-cr-00033-JLT-SKO

**TOBY PHACHASAI**

                Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Toby Phachansai |
| Detained at: | Fresno County Jail; Booking # 2313098 |

Detainee is:    a.) ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☐ Complaint
                          charging detainee with: Petition alleging a violation of his supervised release
    or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☐ return to the custody of detaining facility upon termination of proceedings
    or  b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on October 2, 2023 at 10:00 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laurel J. Montoya |
| Printed Name & Phone No: | Laurel J. Montoya (559) 286-5823 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on October 2, 2023 at 10:00 a.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Sep 28, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | USMS # 77145-097 | ☒ Male | ☐ Female |
| Booking or CDC #: | 2313098 | DOB: | 11/28/1980 |
| Facility Address: | 1265 M Street, Fresno, CA | Race: | Asian/Pacific Islander |
| Facility Phone: | 559-600-8440 – Watch Commander | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)